FIRST HAWAIIAN BANK
Records Management Department
Attn: Garnishee/Tax Levy
2339 Kamehameha Highway
Honolulu, Hawaii 96819
Tel. No. 844-3176

Garnishee
FIRST HAWAIIAN BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

11-70002

| | |
|---|---|
| In Re: | ) CASE No. 09-13960 |
| | ) (U.S. Bankr Ct., No. Dist. of |
| CASCADE ACCEPTANCE | ) California (Santa Rosa |
| CORPORATION, a California | ) Division) |
| corporation, | ) |
| | ) |
| Debtor, | ) DISCLOSURE OF FIRST HAWAIIAN |
| | ) BANK; CERTIFICATE OF SERVICE |
| TIMOTHY W. HOFFMAN, as Chapter | ) |
| 7 Trustee of Cascade | ) |
| Acceptance Corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BARNEY GLASER, an individual; | ) |
| and CAROLYN GLASER, an | ) |
| individual, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| FIRST HAWAIIAN BANK, | ) |
| | ) |
| Garnishee. | ) |

U.S. Bankruptcy Court - Hawaii    #11-70002    Dkt # 29    Filed 08/04/11    Page 1 of 4

## DISCLOSURE OF FIRST HAWAIIAN BANK

FIRST HAWAIIAN BANK ("Garnishee") discloses that at the time of service of the Garnishee Summons herein, Defendants BARNEY GLASER, an individual; and CAROLYN GLASER, an individual, named in said Summons were not in receipt from Garnishee of any wages, Garnishee did not have any goods or effects in its hands or moneys of said Defendants in its possession for safekeeping, nor was Garnishee indebted to said Defendants except as follows:

1. Maximizer Account No. 23-913380 at Koloa Branch under the name of Barney G Glaser in the sum of $257,087.47 is being held for present garnishment.

2. Checking Account No. 23-274078 at Koloa Branch under the name of Carolyn Bear/Barney G Glaser in the sum of $175,634.84 of which $95.00 is off-set by the Garnishee and $175,539.84 is being held for present garnishment.

Garnishee further discloses the basis for the off-set amount as follows:

| Amount | Description |
| --- | --- |
| $95.00 | Service Charge for Garnishment |

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

The undersigned declares under the penalty of perjury that the foregoing statements are based on a review of the Garnishee's records as they are maintained in the ordinary course of business and are true and correct to the best of her knowledge.

DATED: Honolulu, Hawaii, __AUG 0 3 2011__.

FIRST HAWAIIAN BANK

By _____
PAMELA M. CABRAL
Operations Officer

Subscribed and sworn to before me this __AUG 0 3 2011__.

_____
Alan T. Nakamura
Notary Public, State of Hawaii
My commission expires: September 7, 2012

---

Doc. Date: __August 03, 2011__   # Pages: 3
Notary Name: ALAN T. NAKAMURA   First Circuit
Doc. Description: Case No. 09-13960
(U.S. Bankr Ct., No. Dist. of California (Santa Rosa Division)
Disclosure of First Hawaiian Bank; Certificate of Service

_____   __08/03/2011__
Notary Signature                Date

3

# CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2011 a copy of the foregoing Garnishee Disclosure was duly served by hand delivery or by depositing the same in the United States mail, postage prepaid to the following person at the address shown:

Susan Tius, Esq.
Rush Moore LLP
737 Bishop Street, Suite 2400
Pacific Guardian Center, Mauka Tower
Honolulu, Hawaii 96813

Attorney for Plantiff

Dated: Honolulu, Hawaii, August 3, 2011

_____
PAMELA M CABRAL
of FIRST HAWAIIAN BANK

Garnishee